June 08, 2007

Mr. H. Victor Thomas
King & Spalding LLP
1100 Louisiana, Suite 4000
Houston, TX 77002
Mr. J. Bennett White
J. Bennett White, P.C.
P.O. Box 6250
Tyler, TX 75711

RE: Case Number: 05-0558
 Court of Appeals Number: 13-01-00821-CV
 Trial Court Number: 00-3477-A

Style: RELIANCE NATIONAL INDEMNITY COMPANY, L&T, J.V., AND LAMAR
 CONSTRUCTION, INC.
 v.
 ADVANCE'D TEMPORARIES, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn |
| |Ms. Patsy Perez |
| |Mr. Charles W. |
| |Stuber |